Dana J. Bugbee, Appellant, v. William I. Overstreet and Others, Defendants. William I. Overstreet, as Trustee in Dissolution of the Oaxaca Rubber Company, Respondent.— Judgment affirmed, with costs. No opinion.

Ferdinand Finlay, Respondent, v. Cornelius J. Fyans, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Wallace W. Evans, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Defendant.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

In the Matter of the Transfer Tax upon the Estate of Josephine E. S. Porter, Deceased. The Connecticut Trust and Safe Deposit Company, as Executor of Said Estate, Appellant, Respondent; The Comptroller of the State of New York, Respondent, Appellant.— Orders affirmed, without costs to either party. No opinion.

Benjamin A. Levine, Plaintiff, v. The Foundation Company, Defendant.— Defendant's appeal dismissed, without costs. On plaintiff's appeal, order affirmed, with ten dollars costs and disbursements. No opinion.

John H. Parks, Appellant, v. The National Park Bank of New York, Respondent.— Judgment and order affirmed on *Parks* v. *Knickerbocker Trust Co.* (137 App. Div. 719; 145 id. 878).

The People of the State of New York, Respondent, v. Lawrence Ferrone, Appellant.— Judgment affirmed. No opinion.

Annie Weiner, Appellant, v. Max Weiner, Respondent.— Judgment affirmed. No opinion. (Clarke, J., dissenting.)

George B. Class, Appellant, v. Conger Manufacturing Company, Respondent.— Judgment affirmed, with costs. No opinion. (Laughlin and Clarke, JJ., dissenting.)

Joseph Schlein, Appellant, v. New York Herald Company, Respondent. — Order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Samuel Gold, Appellant.— Judgment affirmed. No opinion.

The City of New York, Appellant, v. The Sicilian Asphalt Paving Company, Respondent, Impleaded with the Consolidated Telegraph and Electrical Subway Company.— Judgment affirmed, with costs, on opinion of Scott, J., on former appeal (145 App. Div. 817). (Ingraham, P. J., and McLaughlin, J., dissented on dissenting opinion of McLaughlin, J., on former appeal.)

The People of the State of New York, Respondent, v. Joseph Brooks and Others, Appellants.— Judgment affirmed. No opinion.

The People of the State of New York ex rel. New York Edison Company v. William R. Willcox and Others.— Application for leave to withdraw motion granted. Order to be settled on notice.

In the Matter of Clifford W. Hartridge.— Proceeding dismissed. (Clarke and Dowling, JJ., dissented.) Order to be settled on notice.

In the Matter of Willard G. Stanton.— Proceeding dismissed. Order to be settled on notice.